# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAHJI WEBSTER, TAHLIK WEBSTER, TYHRE WEBSTER, MINOR CHILD M.D., ESTATE OF TREYH WEBSTER, ) ) ) | |
| Plaintiffs, ) | |
| vs. ) ) | CIVIL ACTION NO. 1:23-CV-00046-C |
| THE CITY OF MOBILE, FICTITIOUS DEFENDANTS A-Z, ) ) ) | |
| Defendants. ) | |

## DEFENDANT'S EVIDENTIARY SUBMISSION
## IN SUPPORT OF ITS MOTION TO DISMISS

Defendant, The City of Mobile, submits the following exhibits in support of its Motion to Dismiss filed on March 31, 2022:

Exhibit A   Notice of Appearance of ChaLea Tisdale as attorney for Treyh Webster Filed on January 19, 2021 (District Court of Mobile County, Case No. DC-2020-009962); Notice of Appearance and Waiver of Arraignment filed by ChaLea Tisdale as attorney for Tyhre Webster on April 27, 2020 (District Court of Mobile County, Case Nos. DC-2020-003278 and 3279); Motion to Recall Warrant filed by ChaLea Tisdale as attorney for Tyhre Webster on September 22, 2020 (District Court of Mobile County, Case No. DC-2020 003860)

Exhibit B   Complaint in first Federal Court lawsuit filed on July 22, 2021 (*Georgette Sons v. City of Mobile, et al.*, U.S. District Court, Southern District of Alabama, Case No. 1:21-CV-00237)

Exhibit C   Motion for Furlough filed on July 28, 2021 in *State of Alabama v. Tyhre Webster* (Circuit Court of Mobile County, Case No. CC-2021-001150)

Exhibit D   Deficiency Notice dated February 23, 2023 in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290)

| | |
|---|---|
| Exhibit E | Renunciation of Appointment as Administrator filed on March 3, 2023 in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290) |
| Exhibit F | Motion for Emergency Hearing for Appointment of Personal Representative of Estate filed on March 7, 2023 in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290) |
| Exhibit G | Deficiency Notice (second) dated March 7, 2023 in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290) |
| Exhibit H | Petition to Probate Intestate Estate filed March 7, 2023 in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290) |
| Exhibit I | Order dated March 15, 2023 granting Letters of Administration in *Estate of Treyh Lashawn Webster* (Probate Court of Mobile County, Case No. 2023-0290) |

Respectfully submitted,

/s/ L. Robert Shreve
RICARDO A. WOODS       (WOODR1019)
TAYLOR B. JOHNSON      (BARRT8851)
L. ROBERT SHREVE       (SHREL3179)
*Attorneys for Defendants City of Mobile and Lawrence Battiste III*

**OF COUNSEL:**
**BURR & FORMAN LLP**
Post Office Box 2287
Mobile, Alabama  36652
Tel:   (251) 344-5151
Fax:   (251) 344-9696
Email: rwoods@burr.com
       tjohnson@burr.com
       rshreve@burr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing via CM/ECF on this the 31st day of March, 2023 on the following attorneys of record herein:

    Christine Hernandez
    James Adam Muns
    ChaLea Tisdale
    The Hernandez & Associates Firm, LLC
    Post Office Box 66174
    Mobile, AL  36660
    christine@equalizingjustice.com
    james@equalizingjustice.com
    chalea@equalizingjustice.com

                                              *s/ L. Robert Shreve*
                                              OF COUNSEL