# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TAHJI WEBSTER,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-46-TFM-C |
| | ) |
| **THE CITY OF MOBILE,** *et al.,* | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION TO DISMISS

**COME NOW**, the Plaintiffs by and through their undersigned attorneys James Adam Muns, Christine C. Hernandez, and ChaLea Tisdale and submit to this honorable Court their response to Defendants' Motion to Dismiss.

After a careful review of all caselaw cited by opposing counsel, Plaintiffs are of the opinion that Defendants' Motion to Dismiss claims are well founded and due to be granted. As stated in previous pleadings, current civil counsel was retained on this case in late December of 2022; slightly more than a month before the Statute of Limitations was set to run. Undersigned counsel endeavored to save these claims which were due to be remedied, but was unable to accomplish all of the procedural necessities required to effectuate a proper suit for these claims.

**WHEREFORE,** above premises considered, Plaintiffs represent to this honorable Court that these claims are in fact due to be dismissed and Plaintiffs' relief is to be found from a separate suit against other parties not named herein.

Respectfully submitted,

/s/ James Adam Muns
James Adam Muns
Christine C. Hernandez
ChaLea Tisdale

Attorneys for Plaintiffs

OF COUNSEL:
Hernandez & Associates, LLC
1856 Airport Blvd
Mobile, AL 36606
Tel: 251-479-1477
Fax: 251-650-3843
Email: James@EqualizingJustice.com
Christine@EqualizingJustice.com
chalea@EqualizingJustice.com

**Certificate of Service**

I hereby certify that the foregoing has been served via CM/ECF on all counsel of record herein on the 21st day of April, 2023, as follows:

Ricardo A. Woods
Taylor B. Johnson
L. Robert Shreve
Burr & Forman, LLP
P.O. Box 2287
Mobile, Alabama 36652
rwoods@burr.com

tjohnson@burr.com
rshreve@burr.com

/s/ James Adam Muns
Attorney for Plaintiff