# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TAHJI WEBSTER**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:23-cv-46-TFM-C |
| | ) |
| **THE CITY OF MOBILE**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Pending before the court is *Plaintiffs' Amended Response to Defendants Motion to Dismiss* (Doc. 24, filed 04/21/2023). While the document was filed as a response to the Defendants' motion to dismiss, it clearly states that Plaintiff seeks to dismiss all claims against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, no answer or motion for summary judgment has been filed. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been dismissed in accordance with Plaintiff's notice and this case is dismissed with each party to bear their own attorneys' fees and costs.[1]

---

[1] A Rule 41(a)(1) dismissal is self-effectuating as of the filing of the document. *See Estate of West v. Smith*, 9 F.4th 1361 (11th Cir. 2021). The Court notes that the document is silent as to whether the dismissal is with or without prejudice, but that Plaintiffs intend to pursue a separate suit against other parties not named herein. Therefore, the Court interprets this voluntary dismissal as one without prejudice, but notes given the statute of limitations on the federal claims, that the effect is likely a with prejudice dismissal. Regardless, as the document is self-effectuating, that is not a matter for this Court to resolve.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 25th day of April, 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE